# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | **Case No. 04-MJ-25-KEW** |
| ) | |
| BENITO JESUS FRAUSTO aka ) | |
| CARLOS BALCAZAR aka CARLOS ) | |
| ALVARADO, ) | |
| ) | |
| *Defendant*. ) | |

## NOTICE OF DISMISSAL

COMES NOW the United States of America, by and through its undersigned attorney, and gives notice of dismissal of the Complaint filed herein, pursuant to Rule 48(a), Fed. R. Crim. P., for the reason that the Federal Bureau of Investigation has determined the defendant has not left the State of Oklahoma.

MARK F. GREEN
United States Attorney

s/ Ryan M. Roberts
RYAN M. ROBERTS, OBA # 16433
Assistant United States Attorney
1200 West Okmulgee
Muskogee, Oklahoma 74401
Telephone (918) 684-5100
FAX: (918) 684-5150

LEAVE GRANTED FOR FILING:

Kimberly E. West
United States Magistrate Judge
Eastern District of Oklahoma